

FILED
SEP 1 2 2013

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ADAN GONZALEZ RAMOS,<br><br>　　　　　　　　Defendant. | CASE NO. 13CR2937 WQH<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:

21:841(a)(1) and 846 - Unlawful Possession of a Controlled Substance

and Conspiracy to Distribute Heroin and Methamphetamine.

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/12/13

　　　　　　　　　　　　　　　　　　Karen S. Crawford
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge